The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREY GHOST PRECISION, LLC, a Washington limited liability company, | NO. 2:17-CV-1384-RSM |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |
| vs. | |
| GHOST, INC., a Florida corporation, | |
| Defendants. | |

Before this Court is the parties Stipulated Motion for Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint. Plaintiff consents and good cause exists to grant an additional 14 days for Defendant to otherwise respond to the Complaint from October 27, 2017 to November 10, 2017.

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND 2:16-CV-1384-RSM    Page 1

The Court hereby grants Defendant's request to answer or otherwise respond to Plaintiff's Complaint on or before November 10, 2017.

DATED this 1 day of November 2017

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Kyle D. Netterfield*
Kyle D. Netterfield WSBA No. 27101
*s/ Brock M. Hartman*
Brock M. Hartman WSBA No. 47442
Ellis, Li & McKinstry PLLC
2025 First Avenue PHA
Seattle, WA 98121
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: knetterfield@elmlaw.com
Email: bhartman@elmlaw.com

*s/ Nathan Durrance*
Nathan Durrance WSBA No. 41627
Newman Du Wors Durrance
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800
Fax: (206) 274-2801
Email: nate@newmanlaw.com