# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREY GHOST PRECISION, LLC, | Case No. 2:17-cv-01384-RSM |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| GHOST, INC., et al., | |
| Defendants. | |

This cause comes on the Parties' Stipulation for Dismissal with Prejudice. The Court being fully advised in the premises; now, therefore, it is hereby

ORDERED that the above-entitled matter is dismissed with prejudice, including both Plaintiff's and Defendants' claims and counterclaims, without costs or attorneys' fees.

DATED this 25th day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
[2:17-cv-01384-RSM]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800